**Opinion issued December 18, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00036-CV, 01-14-00037-CV**

———————————

**SHELLEY ELLISON, Appellant**

**V.**

**JAMES N. ELLISON, Appellee**

On Appeal from the 310th District Court
Harris County, Texas
Trial Court Case Nos. 2011-01483 & 2012-09595

**MEMORANDUM OPINION**

The parties have filed an "Announcement of Mediated Settlement and Motion to Reverse and Remand to the Trial Court to Enter a New Decree of Divorce Based on Mediated Settlement," representing that they have settled the

claims at issue and no longer wish to pursue their appeals. In accordance with their settlement agreement, they request that we grant their motion, reverse, and remand the case to the trial court for entry of a new decree based on their agreement.

We deny the motion to reverse. In accordance with Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

All other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.